UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN ALVARADO,<br><br>           Plaintiff,<br><br>    v.<br><br>CITY OF BURBANK, et al.,<br><br>           Defendants. | Case No. 2:22-cv-08665-SSS-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Magistrate Judge's Report and Recommendation is accepted and adopted.

IT IS THEREFORE ORDERED that

(1)  Defendants' Motion to Dismiss (ECF No. 10) is **GRANTED**;

(2)  Plaintiff's federal claims against the City of Burbank and the Burbank Police Department are **DISMISSED WITHOUT LEAVE TO AMEND AND WITH PREJUDICE** for failure to state a claim;

(3)  Plaintiff's federal claims as to the "Doe" defendants are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute;

(4)  Plaintiff's state law claims against all defendants are **DISMISSED WITHOUT LEAVE TO AMEND BUT WITHOUT PREJUDICE**; and

(5)  Judgment shall be entered dismissing this action.

Dated:  June 26, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE