JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN ALVARADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BURBANK, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-08665 SSS-AFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

**IT IS ORDERED AND ADJUDGED** that the action is **DISMISSED**.

Dated: June 26, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE